**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Espinoza Colirio,  )  | No. CV 06-0442-PHX-JAT |
| )  | |
| Plaintiff,  )  | **ORDER** |
| )  | |
| vs.  )  | |
| )  | |
| Joseph Arpaio,  )  | |
| )  | |
| Defendant.  )  | |
| )  | |

On September 12, 2006, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #5) recommending that this case be dismissed for failure to prosecute.

Neither party has filed objections to the R&R.[1] Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

---

[1] Defendant has not been served and has not appeared.

1    **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #5)
2 is **ACCEPTED**; and

3    **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT**
4 **PREJUDICE** for failure to prosecute; and the clerk of the court shall enter judgment
5 accordingly.

6    DATED this 1st day of February, 2007.

_____
James A. Teilborg
United States District Judge